# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br>   Plaintiff, | Civil Action No. 20-CV-2331<br>Judge Philip M. Halpern |
| HELEN HAYES HOSPITAL, THE, et al.,<br>   Defendants. | PROPOSED<br>**TEMPORARY RESTRAINING ORDER**<br><br>Date received: 3/16/20<br><br>_____<br>UNITED STATES DISTRICT COURT |

## ORDER

UPON CONSIDERATION of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order against The Helen Hayes Hospital ("HHH"), and for good cause shown:

WHEREAS, Plaintiff medically requires intensive rehabilitative interdisciplinary therapy.

WHEREAS, Helen Hayes Hospital ("HHH") was providing the abovementioned intensive rehabilitative therapy to Plaintiff from December 6, 2019 until on or about February 21, 2020.

WHEREAS, HHH discontinued the abovementioned intensive rehabilitative therapy to Plaintiff on or about February 21, 2020.

WHEREAS, Plaintiff will be irreparably harmed by continued cessation of the abovementioned intensive rehabilitative therapy.

ORDERED, that the Motion is Granted, and it is further

ORDERED, that HHH is required to reinstate the abovementioned intensive rehabilitative therapy, which is to be delivered in the same manner as previously provided from December 6, 2019 until that therapy was discontinued on or about February 21, 2020.

ORDERED, this order expires on 14 days after the time of entry, unless before that time the court extends it for a like period or the adverse party consents to a longer extension.

DATED this ____ day of _____, 2020 at _____ a.m./p.m.

BY THE COURT:

_____

The Court declines to execute the requested Temporary Restraining Order. *See* Fed. R. Civ. P. 65. Once service of the Summons and Complaint is effectuated and Defendants' counsel appears, Plaintiff's counsel may call Chambers to schedule a prompt telephone conference with the Court.

Dated: March 17, 2020
New York, New York

PHILIP M. HALPERN
United States District Judge