JUDGE HALPERN

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JANE DOE, | : | Civil Action No. |
| Plaintiff, | : | Judge |
| | : | |
| | : | 20 CV 2331 |
| HELEN HAYES HOSPITAL, THE, et al., | : | ORDER |
| Defendants. | : | |
| | : | |
| | : | Date received: _____ |
| | : | |
| | : | _____ |
| | : | UNITED STATES DISTRICT COURT |

**ORDER**

UPON CONSIDERATION of Plaintiff Doe's *Ex Parte* Motion To Proceed Under Pseudonym, and for good cause shown, it hereby

ORDERED, that the Motion is Granted, and it is further

ORDERED, that Plaintiff shall be permitted to proceed under the pseudonym "Jane Doe" in all public filings in this matter [handwritten: Until it can be considered by the assigned judge]

DATED this 16 day of March, 2020

BY THE COURT:

_____
Part I