<u>UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK</u>

------------------------------------------------------------------ X

JANE DOE,

                      Plaintiff,

    v.

DR. MARJORIE KING,
KATHLEEN MARTUCCI,
GLENN M. SELIGER,
JACQUELINE VELEZ,
LINDA EGENES,
JOHN MATHEW,
CHRISTINE KEHOE,
ROSEMARY GALVIN,
1-100 JOHN ROES,

                      Defendants.

------------------------------------------------------------------ X

**NOTICE OF APPEAL**
No. 20 CV 2331(PMH)

**NOTICE IS HEREBY GIVEN** that Plaintiff Jane Doe in the above named case hereby appeals under the **collateral order doctrine**, to the United States Court of Appeals for the Second Circuit from an order of the Southern District of New York, entered on January 13, 2022 (ECF 84), which, *inter alia*: (i) construed Plaintiff's pre-motion letter in anticipation of filing motions under Federal Rules of Civil Procedure Rule 12(c) and Rule 12(f) as motions, and denied those motions; and (ii) directed the parties to file a proposed civil discovery plan and scheduling order by January 14, 2022.

Dated: New York, New York
       February 4, 2022

                                                                                                         The Law Office of Thuy Q. Pham
                                                                                  By: Thuy Q. Pham, Esq.
                                                                                   Attorney for Plaintiff
                                                                                  225 West 23rd Street, #6G
                                                                                  New York, NY 10011
                                                                                  Tel. (917) 532-2991
                                                                                  Email: thuyqpham1@gmail.com