UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

DR. MARJORIE KING, et al.,

                Defendants.

**ORDER**

20-CV-02331 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared today in person in Courtroom 520 for a conference concerning a discovery dispute.

    As discussed at the conference and set forth on the record, Plaintiff is directed, by June 14, 2022, to produce the notes that she has isolated. Plaintiff will continue to search for any other notes and in the event she locates "stray" notes, she shall turn those over no later than June 27, 2022. If by June 27, 2022, Plaintiff determines that she has no additional notes in her possession, custody, or control, she so advise Defendants in writing and confirm that her June 14, 2022 production was complete.

    By June 27, 2022, Plaintiff shall produce the requested audio and video recordings to Defendants. In the event Defendants determine any portion of the produced recordings is subject to privilege, Defendants shall return that portion to Plaintiff and will not use in this proceeding or otherwise any information learned as a result of that inadvertent disclosure.

    The parties shall meet and confer to schedule the nine defendant depositions noticed and any non-party depositions yet to be noticed. To the extent Plaintiff seeks to take more than ten depositions, the parties shall meet and confer in good faith prior to any request for a court order pursuant to Fed. R. Civ. P. 30(a)(2) and if they are unable to agree, they shall file a joint letter in

accordance with the Court's Individual Rules. Plaintiff is directed to produce Plaintiff's sister for a deposition at a mutually agreeable date and time.

The Court extended the deadlines to complete discovery such that fact discovery shall be due August 26, 2022 and expert discovery shall be due October 14, 2022. All discovery shall be completed by October 14, 2022. The case management conference previously scheduled for August 10, 2022 is adjourned to October 27, 2022 at 10:30 a.m. to be held in Courtroom 520.

The Court denied Plaintiff leave to move to summary judgment at this juncture, without prejudice to renewing her application at the close of fact discovery. To the extent any party seeks to move for summary judgment they shall strictly comply with the Court's Individual Practices (revised May 2, 2022), available on the S.D.N.Y. website:  https://nysd.uscourts.gov/hon-philip-m-halpern.

SO ORDERED:

Dated:   White Plains, New York
         June 13, 2022

_____
PHILIP M. HALPERN
United States District Judge