UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

          -against-

DR. MARJORIE KING, et al.,

                Defendants.

**<u>ORDER</u>**

20-CV-02331 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today in person in Courtroom 520 for a conference concerning a discovery dispute.

As discussed at the conference and set forth on the record, after hearing from the parties, the Court denied Plaintiff leave to move to disqualify Defendants' counsel and/or compel the production of conflict waivers, without prejudice to renewal should Plaintiff discover evidence of an actual conflict and proper basis for such motion.

The Court directed that the parties meet and confer forthwith to schedule the thirteen depositions sought by Plaintiff. The Court extended the deadlines to complete discovery such that fact discovery shall be due September 26, 2022 and expert discovery shall be due November 14, 2022. All discovery shall be completed by November 14, 2022. No further extensions of the discovery schedule will be granted. Should Plaintiff fail to schedule and depose the thirteen witnesses by the close of fact discovery, as discussed at the conference, the depositions will be deemed waived. The case management conference previously scheduled for October 27, 2022 is adjourned to November 30, 2022 at 11:00 a.m. to be held in Courtroom 520.

SO ORDERED:

Dated:   White Plains, New York
         August 10, 2022

_____
PHILIP M. HALPERN
United States District Judge