# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

DANIEL S. MORETTI
MEMBER

TEL: (212) 238-4835
EMAIL: dmoretti@lcbf.com

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
(215) 561-8540

---

Application granted. The pre-motion conference is adjourned to April 19, 2023 at 11:30 a.m. to be held in Courtroom 520 of the White Plains courthouse.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
March 21, 2023

---

**Via ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 10601-4150

Re: Doe v. King et al.
7:20-cv-2331 (PMH)

Dear Judge Halpern,

We write on behalf of all parties in accordance with Rule 1(C) of Your Honor's Individual Rules to request that the Pre-Motion Conference currently scheduled to take place on April 10th be adjourned to April 18th, 19th or another date after April 25th that is convenient for the Court and all counsel.

Both my Associate, Dan Tarolli, and I will be away on vacation the week of April 10th, and I will be returning April 17th. We have discussed this scheduling issue with Counsel for Plaintiff, who is available to attend a conference on either the 18th or 19th, and then after April 25th.

Accordingly, the Parties respectfully request that the Pre-Motion Conference scheduled for April 10, 2023 be adjourned until April 18th, 19th, or another date after April 25, 2023 that is suitable to the Court and all counsel.

Respectfully submitted,

Daniel S. Moretti

DSM/dsh
cc: **Via ECF**
Thuy Q. Pham, Esq.

4872-4213-3591v.1