# THE LAW OFFICE OF THUY Q. PHAM

<u>Via ECF</u>  March 24, 2023
Hon. Philip M. Halpern,
United States District Judge, Southern District of New York

RE: Doe v. Martucci, et al., No. 20 CV 2331 (PMH),
   Joint Letter to Meet and Confer to Reduce 33 pages to 25 pages

Dear Judge Halpern:

> Application granted. The parties' 25-page Rule 56.1 Statement with Responses shall be filed by March 31, 2023, and Plaintiff's response to Defendants' letter-motion shall be filed by April 7, 2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 27, 2023

According to the Judge's Order (ECF [...] response to Defendants' pre-motion letter in a[...] referred to herein by March 27, 2023, together w[...] Statement with Responses." Please be advised [...] with Responses is 33 pages long. Plaintiff write[...] one week to produce a joint statement of facts[...] After meeting and conferring for one week, Pl[...] 56.1 Statement with Responses within twenty-five pages by March 31, 2023. Plaintiff will respond with a five-page letter motion by April 7, 2023. This will keep to Your Honor's time frame for a conference on April 19, 2023. The parties believe that through further discussions, the 25-page limit can be met by the removal of assertions that are immaterial, disputed, or duplicative.

In the alternative, if Your Honor accepts the 33-page Rule 56.1 Statement with Responses, Plaintiff is prepared to respond with a five-page letter motion on March 27, 2023, per this Court's order, together with a single document representing the 33-page Rule 56.1 Statement with Responses.

Respectfully submitted,
/s/ Thuy Q. Pham_____
Thuy Q. Pham, Esq.
The Law Office of Thuy Q. Pham

Cc: Defendants' Counsels via ECF