# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JANE DOE,

                        Plaintiff,                        20 **CIVIL** 2331 (PMH)

      -against-                                **JUDGMENT**

KATHLEEN MARTUCCI, et al.,

                    Defendants.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 28, 2024, Defendants' motion for summary judgment (Doc. 183) is GRANTED and Plaintiff's motion for summary judgment (Doc. 187) is DENIED. The First through Sixth Claims for Relief alleged in Plaintiff's Second Amended Complaint are dismissed with prejudice. Because the Court declines to exercise supplemental jurisdiction over the Seventh through Twelfth Claims for Relief, those claims are dismissed without prejudice. Plaintiff's motion for relief from the Court's April 19, 2023 Order (Doc. 176) is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York
          February 28, 2024

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court

                                  **BY:**

                                                      **Deputy Clerk**