## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
JANE DOE,

                        Plaintiff,                  20 **CIVIL** 2331 (PMH)

      -against-                          **<u>AMENDED JUDGMENT</u>**

KATHLEEN MARTUCCI, et al.,

                        Defendants.
-------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 16, 2024, Plaintiff's motion for reconsideration is GRANTED in part and DENIED in part, and her motions for sanctions DENIED. Defendants' request for attorneys' fees for opposition to the sanctions motions is DENIED. Judgment entered on February 28, 2024 (Doc. 227) MODIFIED so as to reflect the Court's determination herein that the First through Fifth Claims for Relief alleged in Plaintiff's Second Amended Complaint are dismissed without prejudice.

**Dated:**  New York, New York

        December 17, 2024

                                                  **TAMMI H. HELLWIG**
                                                     **Clerk of Court**

                                  **BY:**
                                                       **_____**
                                                                   **Deputy Clerk**